# Notice Recipients

District/Off: 0752–1                User: admin                Date Created: 5/6/2026

Case: 25–12190                      Form ID: ntcasclm           Total: 6

**Recipients of Notice of Electronic Filing:**

tr        Thomas H. Hooper          thomas.h.hooper@chicagoch13.com
aty       Brittni Hayes             bhayes@semradlaw.com
aty       Michael A Miller          mmiller@semradlaw.com
aty       Mitchell Shanks           mshanks@semradlaw.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Ursula Walls        4704 Ashford Dr        Matteson, IL 60443
31606347    Flagship Credit Acceptance      P,O Box 3807      Coppell, TX 75019

                                                                        TOTAL: 2